UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSANA CAPASSO

       Plaintiff,

v.                                              Case No:   2:12-cv-499-FtM-38DNF

COLLIER COUNTY,

       Defendant.
_____/

## **ORDER**[1]

This matter is before the Court on a *sua sponte* review of the file.  On April 8, 2014, the Court entered an Amended Case Management and Scheduling Order (Doc. #27) that set a Final Pretrial Conference for October 31, 2014, at 9:30 a.m. before the undersigned. The Court will reschedules the Final Pretrial Conference to November 21, 2014, at 9:30 a.m., and, as a result, extends the deadline for the parties to file a joint pretrial statement, motions *in limine*, trial briefs, and all other motions to November 14, 2014.

Accordingly, it is now

**ORDERED:**

(1) The Final Pretrial Conference is rescheduled for **November 21, 2014**, at 9:30

    a.m. before The Honorable Sheri Polster Chappell.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The parties shall file a Joint Pretrial Statement (including a single set of jointly proposed jury instructions and verdict form, *voir dire* questions, witness lists, and exhibit lists on the approved form) and all other motions (including motions *in limine* and trial briefs) on or before **November 14, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record