UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSANA CAPASSO,

    Plaintiff,

v.                                                        Case No:  2:12-cv-499-FtM-38DNF

COLLIER COUNTY,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Joint Motion for Trial Date Certain (Doc. #62) filed on November 17, 2014.  Counsel moves the Court for an order setting trial for a date certain during the December 2014 trial term.  As grounds, Counsel indicates they have exhausted settlement discussions and are ready to proceed to trial.  There are 19 potential trial witnesses and a date certain would assist in witness coordination, travel and other logistics.

The Court, having considered the motion and the parties' arguments at the final pretrial conference, finds good cause to schedule the trial date certain.  Based upon the upcoming trial calendar, including the existence of criminal trials and the upcoming holidays, the Court will schedule the case to commence with jury selection on December 9, 2014.  The parties are directed to govern themselves accordingly.

Accordingly, it is now

**ORDERED:**

The Joint Motion for Trial Date Certain (Doc. #62) is **GRANTED**.  The Court will commence jury selection and trial on **December 9, 2014 at 9:00 A.M.**

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of November, 2014.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record